# United States District Court
## Violation Notice

CVB Location Code: ECII

Violation Number: 5277160
Officer Name (Print): HUTTON
Officer No.: H2857

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/18/2016 2209
Offense Charged: ☒ State Code — NCGS 20-138.1

Place of Offense: KNOX ST / BRAGG BLVD

Offense Description: Factual Basis for Charge:
DWI
(PENDING BLOOD RESULTS)

### DEFENDANT INFORMATION

Last Name: BROWN
First Name: SARAH
M.I.: D

Street Address: [REDACTED]

City: HARRELLS
State: NC
Zip Code: 28444
Date of Birth: [REDACTED]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MC

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

Court Address: 301 GREEN ST 3RD FLOOR FAYETTEVILLE, NC 28301

X Defendant Signature: X REFUSED TO SIGN

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __18 May__, __16__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

At 1900 hrs, 18 May 16, BMM Furlong while conducting an access control checkpoint at ACP #8A observed a 95 Toyota Avalon, NC # EAW-8774, operated by: Brown fail to stop at the checkpoint and attempted to do a U-turn and stopped facing north. Upon approach of the vehicle Townsend detected an odor of an alcoholic beverage emitting from Browns person. Townsend then had Brown exit the vehicle. Townsend observed a clear bag with a green leafy substance in the driver seat. DST was notified. 5-12 Stallings responded and standardized field tests were conducted which warranted further action. Brown was transported to the WAMC for a blood draw.

ATTITUDE: COOPERATIVE
TRAFFIC: LIGHT
WEATHER: CLEAR
ROADWAY: DRY PAVEMENT

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident