PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sarah D. Brown                                Docket No. 5:16-MJ-1446-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Sarah D. Brown, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Fayetteville on the 1st day of June, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was referred for a substance abuse evaluation and counseling. The treatment provider advised that the defendant also has a history of mental health issues which are not being addressed or treated with medication. As a result, she self-medicates with alcohol and other illegal substances. In an effort to provide the defendant with needed services, it is respectfully recommended that her conditions of release be modified to include mental health services. The defendant's attorney was contacted and he is not opposed to this modification. The defendant signed a waiver agreeing to the modification.

**PRAYING THAT THE COURT WILL ORDER** the defendant's conditions of release be modified to include the following condition:

1. The defendant shall undergo a mental health/psychiatric evaluation and participate in services as recommended.

All other conditions shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                /s/ Debbie W. Starling
Eddie J. Smith                                          Debbie W. Starling
Supervisory U.S. Probation Officer              U.S. Probation Officer
                                                           310 Dick Street
                                                           Fayetteville, NC 28301-5730
                                                           Phone: 910-483-8613
                                                           Executed On: June 13, 2016

### ORDER OF THE COURT

Considered and ordered the __20th__ day of _____June_____, 2016, and ordered filed and made part of the records in the above case.

*/s/ Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge