UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Probation
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Sarah D. Brown | Case Number: | 5:16-MJ-1446-1 |
| Name of Sentencing Judge: | Honorable Kimberly A. Swank | | |
| Date of Original Sentence: | April 5, 2017 | | |
| Original Offense: | 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Aggravated Level 1) | | |
| Original Sentence: | 24 months Probation | | |
| Type of Supervision: | Probation | Supervision Started: | 04/05/2017 |
| Defense Attorney: | Robert Waters | | |

## EARLIER COURT ACTION

11/29/2018    The court agreed to place the defendant on Remote Alcohol Monitoring for a period of 120 days to aid the probation office in monitoring the defendant's sobriety. The court set a status hearing to determine the defendant's compliance and to consider removing the balance of 101 days in the custody of the Bureau of Prisons.

03/20/2019    At the status hearing, it was determined that the defendant was compliant with the Remote Alcohol Monitoring condition. The court agreed to remit the balance of 101 days confinement in the custody of the Bureau of Prisons.

## PETITIONING THE COURT

Violation 1 -    <u>Using a controlled substance.</u>

On April 9, 2019, the defendant admitted to using marijuana on April 7, 2019. On April 16, 2019, the defendant admitted to using cocaine on April 14, 2019.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. It is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 16th day of April, 2019.

Reviewed and approved,                            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                     /s/ Corey Rich
Eddie J. Smith                                             Corey Rich
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                           150 Rowan Street Suite 110
                                                           Fayetteville, NC 28301
                                                           Phone: 910-354-2540
                                                           Executed On: April 16, 2019

Sarah D. Brown
Docket No. 5:16-MJ-1446-1
PROB 12C
Page 2

THE COURT ORDERS:

[x]     ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

[ ]     OTHER:

*Kimberly A. Swank*                                                             4/18/2019

Kimberly A. Swank                                                           Date
U.S. Magistrate Judge