PROB 18
(REV. 8/2/2010)

# UNITED STATES DISTRICT COURT
## FOR
## EASTERN DISTRICT OF NORTH CAROLINA
### Eastern Division

U.S.A. vs. BROWN

5:16-mj-1446-1

TO: [1] U.S. Marshal or Other Qualified Officer.

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:

SARAH D. BROWN

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| US MAGISTRATE JUDGE KIMBERLY A. SWANK | 4/5/2017 |

TO BE BROUGHT BEFORE:

ANY US MAGISTRATE JUDGE

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | [signature] | 4/18/2019 |

## RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 4/18/19 | 6/3/19 |

EXECUTING AGENCY (NAME AND ADDRESS)

USMS-Wilmington

| NAME | BY | DATE |
|---|---|---|
| B. Tyndall, DUSM | S. Tanner, USMS | 6/3/19 |

[1] Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

FILED

JUN 04 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
_____ DEP CLK

Case 5:16-mj-01446-KS   Document 42   Filed 06/04/19   Page 1 of 1